**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

A.N., *by and through her next friend,*
*Katherine Ponder*, et al.,

      Plaintiffs,

v.                                                                      CV No. 18-173 CG/GJF

ALAMOGORDO POLICE DEPARTMENT, et al.,

      Defendants.

## **NOTICE OF IMPENDING REASSIGNMENT**

Pursuant to FED. R. CIV. P. 73(b)(2), the parties are reminded that the undersigned was assigned as presiding judge in this matter, pursuant to 28 U.S.C. § 636(c). One or more of the parties has yet to file written consent or refusal to consent.

The parties are advised that this matter will be reassigned to a district court judge as presiding judge if written consents from all parties have not been filed by **April 19, 2018**.

The parties are free to withhold consent. No adverse substantive consequences will result from any party's failure or refusal to consent.

                                                                     _____
                                                                       THE HONORABLE CARMEN E. GARZA
                                                                       CHIEF UNITED STATES MAGISTRATE JUDGE