IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A.N., *by and through her next friend,*
*Katherine Ponder*, et al.,

      Plaintiffs,

v.                                                 CV No. 18-173 CG/GJF

ALAMOGORDO POLICE DEPARTMENT, et al.,

      Defendants.

## ORDER DENYING WITHOUT PREJUDICE
## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

**THIS MATTER** is before the Court on Plaintiffs' *Motion for Leave to Exceed Page Limitation*, (Doc. 28), filed April 16, 2018. In the motion, Plaintiffs ask the Court to allow them to exceed the page limitation set forth in D.N.M. LV-Civ. 7.5 for their response to Defendants' Motion to Dismiss. Plaintiffs ask for leave "to file their response and memorandum brief of at least (50) fifty pages combined, exclusive of index and exhibits." (Doc. 28 at 3). Plaintiffs further state that Defendants do not oppose the motion, and that "Defendants have indicated that they are not opposed to briefing exceeding forty (40) pages and do not request a cap on the page allowance for Plaintiffs' responsive brief." *Id.*

Local Rule 7.5 limits response briefs to 24 pages, and Local Rule 10.5 restricts exhibits to a maximum of 50 pages. Because Plaintiffs request leave to file a response that is "at least (50) fifty pages" long, it is not clear to the Court how many pages Plaintiffs are asking to file, and the Court will not allow Plaintiffs an unlimited extension.

**IT IS THEREFORE ORDERED** that Plaintiffs' *Motion for Leave to Exceed Page Limitation*, (Doc. 28), is **DENIED WITHOUT PREJUDICE**. Plaintiffs may re-file their

motion with more specific information regarding the number of pages they are seeking to file.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE