**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

A.N., *by and through her next friend,
Katherine Ponder*, et al.,

    Plaintiffs,

v.                                                                                                   CV No. 18-173 CG/GJF

ALAMOGORDO POLICE DEPARTMENT, et al.,

    Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO FILE RESPONSE UNDER SEAL

**THIS MATTER** is before the Court on Plaintiffs' *Motion for Leave to File Response and Memorandum Brief Under Seal*, (Doc. 29), filed April 16, 2018. The Court, having considered the motion and noting it is unopposed, finds that the motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' *Motion for Leave to File Response and Memorandum Brief Under Seal*, (Doc. 29), is **GRANTED**, and Plaintiffs may file their redacted response to Defendants' Motion to Dismiss so that it is accessible to the public and all case participants, and may file their unredacted response so that it is accessible only to the case participants.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE