IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A.N., *by and through her next friend,*
*Katherine Ponder*, et al.,

      Plaintiffs,

v.                                                                     CV No. 18-173 CG/GJF

ALAMOGORDO POLICE
DEPARTMENT, et al.,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITATION

**THIS MATTER** is before the Court on Plaintiffs' *Revised Motion for Leave to Exceed Page Limitation*, (Doc. 33), filed April 18, 2018. In the motion, Plaintiffs ask for leave to file no more than fifty (50) pages for their response to Defendants' Motion to Dismiss, exclusive of index and exhibits. Plaintiffs state they do not request leave to exceed the page limitation for exhibits. The Court, having considered the motion and noting it is unopposed, finds that the motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' *Revised Motion for Leave to Exceed Page Limitation*, (Doc. 33), is **GRANTED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE