UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

A.N. by and through her next friend,
KATHERINE PONDER, and
KATHERINE PONDER,

      Plaintiffs,

   v.                                     Civ. No. 18-173 JAP/GJF

ALAMOGORDO POLICE DEPARTMENT, et al.,

      Defendants.

## ORDER VACATING RULE 16 OBLIGATIONS AND REIMPOSING STAY

This matter is before the Court *sua sponte* upon the filing of Defendants' "Notice of Appeal." ECF No. 59. Defendants seek to appeal the district court's order [ECF No. 55] denying qualified immunity to individual defendants on the equal protection claim set forth in Count I. Recognizing that the entire case should again be stayed pending the resolution of this interlocutory appeal, the Court **ORDERS** as follows**:**

(1)     The Initial Scheduling Order [ECF No. 57] is **VACATED**;

(2)     The Telephonic Rule 16 Conference scheduled for September 20, 2018, is **VACATED**; and

(3)     This case is **STAYED** pending resolution of Defendants' appeal.

**IT IS SO ORDERED.**

                                                                THE HONORABLE GREGORY J. FOURATT
                                                                 UNITED STATES MAGISTRATE JUDGE